UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
ALEXANDRIA 22314

NOTICE OF DOCKETING APPEAL

BK NO.  13-13389-BFK (Adv. 14-01017-BFK)
In re: In the Matter of:  Marc R. Labgold

NAME OF APPELLANT: Marc R. Labgold

CIVIL ACTION NO. ASSIGNED: 1:15cv123 (GBL/IDD) PLEASE REFER TO BOTH THE CIVIL ACTION AND BANKRUPTCY NUMBERS IN ALL FUTURE PLEADINGS FILED

    The record on appeal in the above captioned matter has been received in regard to the filing and service of briefs.

    Briefing dates are as follows:
        Appellant's brief is due by: 2/17/2015
        Appellee's brief is due by: 3/3/2015
    Appellant may file a reply brief by: 3/17/2015

    This appeal will be set for a hearing on oral argument by the Court shortly after counsel have complied with the above.

                                    FERNANDO GALINDO,  CLERK

        By:                /s/
                       Richard Banke
                       Deputy Clerk